**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 99-6589**

───────────

LEVERN RAY WILSON,

Plaintiff - Appellant,

versus

BRIAN STROTHER; SCOTT GERMON,

Defendants - Appellees.

───────────

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Cameron McGowan Currie, District
Judge.  (CA-97-1004-5-22AK)

───────────

Submitted:  August 17, 1999        Decided:  September 2, 1999

───────────

Before ERVIN, HAMILTON, and TRAXLER, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Levern Ray Wilson, Appellant Pro Se.  Robert Thomas King, WILLCOX,
BUYCK & WILLIAMS, P.A., Florence, South Carolina, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Levern Ray Wilson appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation to grant D3efendants' motion for summary judgment and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Wilson v. Strother, No. CA-97-1004-5-22AK (D.S.C. Mar. 29, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on March 26, 1999, the district court's records show it was entered on the docket sheet on March 29, 1999. Pursuant to Fed. R. Civ. P. 58 and 79(a), we consider the date the order was entered as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2